

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50053 |
| Plaintiff - Appellee, | D.C. No. 2:97-cr-01057-R |
| v. | |
| KEVIN GLEASON, a.k.a. Seal G, a.k.a. Toby, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
George H. King, Chief Judge, Presiding

Submitted April 22, 2015[**]

Before:     GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

Kevin Gleason appeals from the district court's judgment and challenges the

16-month sentence imposed upon revocation of supervised release.  We dismiss.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Gleason contends that his sentence is procedurally and substantively unreasonable. Because Gleason has been released from custody and is not subject to an additional term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**